UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANTZ CONSEILLAN a.k.a UR-AMEN,

                Petitioner,

-against-

PHYSICIAN POVILON, ET AL,

                Respondent.

23-CV-6386 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 19, 2023
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                           Chief United States District Judge